HAL TAYLOR, ESQUIRE
Nevada Bar No. 4399
2551 W. Lakeridge Shores
Reno, NV 89519
Telephone:    (775) 825-2223
Facsimile:    (775) 329-1113
Email:        haltaylorlawyer@gbis.com

ROBERT X. LOWMASTER, ESQUIRE
Pennsylvania Bar No. 329585
Chermol & Fishman, LLC
11450 Bustleton Avenue
Philadelphia, PA 19116
Telephone:    (215) 464-7200
Facsimile:    (215) 464-7224
Email:        fdc@ssihelp.us

*Attorney for Plaintiff, Myron E. Gooch*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
(LAS VEGAS)

| | |
|---|---|
| MYRON E. GOOCH, | ) |
| Plaintiff, | ) Civil Docket No. 2:23-cv-1197-DJA |
| v. | ) |
| KILOLO KIJAKAZI, | ) Assigned to Judge Daniel J. Albregts |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time of Thirty (30) Days to file Plaintiff's Motion for Remand and Memorandum in Support, it is hereby ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff shall file her Motion for Remand and Memorandum in Support on or before November 27, 2023.

SO ORDERED this __26th__ day of __October__, 2023.

BY THE COURT,

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**Gooch v. Kijakazi**                                                                                              **Order**
**2:23-cv-1197-DJA**